UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEB E. BELCHER; and CLB, by and through his Guardian ad Litem, CALEB E. BELCHER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:13-cv-01699-GEB-KJN<br><br>**ORDER AMENDING THE STATUS (PRETRIAL SCHEDULING) ORDER** |

Pursuant to the parties' Stipulation to Continue Trial and Related Deadlines filed on August 6, 2014, the Status (Pretrial Scheduling) Order, (ECF No. 16), is amended as follows:

The final pretrial conference is set for March 2, 2015, at 1:30 p.m. in courtroom 10; and trial commences at 9:00 a.m. on June 2, 2015, in courtroom 10.[1]

Further, the parties' proposed schedule concerning Defendant's summary judgment motion, (ECF No. 17), is adopted as follows:

Plaintiffs' Opposition shall be filed on or before September 8, 2014;

Defendant's Reply shall be filed on or before September 22, 2014; and

---

[1] The deadlines to file trial briefs and other pretrial filings will be scheduled in connection with the Final Pretrial Conference.

1

The hearing on the motion is scheduled to commence at 9:00 a.m. on October 6, 2014.

Dated: August 7, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge